IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN FREE ENTERPRISE CHAMBER<br>OF COMMERCE; and<br>MICHIGAN OIL AND GAS ASSOCIATION,<br>        *Plaintiffs*,<br><br>v.<br><br>LEE ZELDIN, in his official capacity as the Administrator of the United States Environmental Protection Agency; UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; and UNITED STATES OF AMERICA,<br><br>        *Defendants*. | Case No. 1:25-cv-67 |

**DEFENDANT-INTERVENORS' MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) AND 12(b)(6)**

For the reasons stated in the accompanying brief, plaintiffs' Complaint should be dismissed (1) for want of Article III standing; (2) for want of a present, justiciable controversy, and (3) and for want of subject-matter jurisdiction.

1

Respectfully submitted,

*/s/ Wendy Bloom*
Wendy Bloom
Environmental Law & Policy Center
35 East Wacker Drive
Suite 1600
Chicago, IL 6061
(312) 673-6500
WBloom@elpc.org

*Counsel for Environmental Law & Policy Center*

*/s/ Andres Restrepo*
Andres Restrepo
Sierra Club
50 F St., NW, Eighth Floor
Washington, DC 20001
(856) 240-0964
Andres.Restrepo@sierraclub.org

*Counsel for Sierra Club*

*/s/ Ann Brewster Weeks*
Ann Brewster Weeks
Darin Schroeder
Mary Y. Sasso
Clean Air Task Force
114 State St., 6th Floor
Boston, MA 02109
(617) 624-0234
aweeks@catf.us

*Counsel for Earthworks*

*/s/ Sean H. Donahue*
Sean H. Donahue
Donahue, Goldberg & Herzog
1008 Pennsylvania Ave., SE
Washington, D.C. 20003
(202) 277-7085
sean@donahuegoldberg.com

*Counsel for Environmental Defense Fund and Center for Biological Diversity*

Grace Smith
Edwin LaMair
Rosalie Winn
Environmental Defense Fund
2060 Broadway, Ste. 300
Boulder, CO 80302
(303) 447-7212

Margaret A. Coulter
Jason C. Rylander
Center for Biological Diversity
1411 K Street NW, Suite 1300
Washington, DC 20005
(202) 961-4820

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing via the Court's CM/ECF system, which will provide copies to all registered counsel of record.

Dated: April 30, 2025                              /s/ Sean H. Donahue